**JENNIFER L. COON**
California State Bar No. 203913
LAW OFFICE OF JENNIFER L. COON
185 West F Street, Suite 100
San Diego, California  92101
Tel:  (619) 544-9200 / Fax: (619) 272-2672
Email: jlc@jennifercoonlaw.com

Attorney for Mr. Luna

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE CYNTHIA A. BASHANT)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>RAMON LUNA, JR.,<br><br>      Defendant. | Case No.   22CR1553-BAS<br><br>DATE:   November 6, 2023<br>TIME:   9:00 a.m.<br><br>**DEFENDANT'S DOCUMENTS IN SUPPORT OF SENTENCING** |

TO:   TARA K. MCGRATH, UNITED STATES ATTORNEY;
MATTHEW J. SUTTON, ASSISTANT UNITED STATES ATTORNEY; AND
J'ME FORREST, ASSISTANT UNITED STATES ATTORNEY:

Defendant Ramon Luna, Jr., by and through counsel Jennifer L. Coon, hereby files the attached documents in support of sentencing: (A) letter from Mr. Luna; (B) letters from GEO staff; (C) letters from family; and (D) family photographs.

Respectfully submitted,

DATED: October 30, 2023

*/s/ Jennifer L. Coon*
**JENNIFER L. COON**
Law Office of Jennifer L. Coon
Attorney for Mr. Luna

22CR1553-BAS