# EXHIBIT A

United States v. Ramon Luna, Jr.
22CR1553-BAS
Transcription of Client Letter

To the Honorable Judge,

First of all Your Honor, I would like to apologize to you, your honor, the court, the government and most of all the community for my actions and the damage I have caused. Since I [have] been incarcerated, I had a lot to think about the actions and most [of all] the damage I did to my family. I was the one that provided the bread and love to my wife and kids and family.

Your honor, I really regret and feel remorse [for] all of this that happen[ed] your honor. I accept that I was wrong hanging around with the wrong people. I take accountability for my actions, and I am aware that I was in the wrong environment, [with] peer pressure, [and] drug use and I'm aware that what I did is wrong. But since I [have] been incarcerated, [it] made me realize a lot your honor. I [have] always been a family man and dedicated to my family but I fell off a little. But now your honor, I feel [that] I'm a change[d] man.

First of all, I want to thank the Lord for intervening in my life and putting me on the right path of repentance. I have come to trust in him and put this outcome in his hands. And hopefully one day, when I go back home, [I can] be again that man dedicated to my family and work and most [of all] serve the Lord more. And go through the right path!

I really miss them a lot, my family and work, your honor. The real life, your honor. I just want to do things right, your honor, the day I go back home. Your honor, I just want to say [that] I have a family that depends on me and motivates me to do good in life. And I accept [that] I made a mistake in life and I apologize again for my mistakes and actions, your honor. And your honor, it's up to your discretion on whatever you decide or see fit to give me the day of my sentence.

Thank you, your honor, and God bless you.

Sincerely,
Ramon Luna, Jr.

*Minor copyediting corrections made for clarity.*

To the honorable Judge,                                    10-10-23

First of all Your honor, I would like to Apologize to You your honor, the court, the government and most of all the community for my Actions and the damage I have caused. Since I been incarcerated I had a lot to think about the actions and most the damage I did to my family I was the one that provided the Bread and love to my wife and kids and family. Your honor I really Regret and feel Remorse All of this that happen Your honor. I accept that I was wrong hanging around with the wrong people. I take Accountability for my Actions and I am aware that I was in the wrong environment, peer pressure, Drug use and I'm aware that what I did is wrong. But since I been incarcerated made me realize a lot Your honor. I always been a family man and dedicated to my family but I fell off a little. But now Your honor I feel I'm a change man first of all I want to thank the Lord for intervening in my life and putting me on the right path of repentence I have come to trust in him and put this outcome in his hands. And hopefully one day when I go back home be again that man dedicated to my family and work and most serve the Lord more. And go thru the Right path! I really miss them a lot my family and work, Your honor the Real life Your honor. I just want to do things right! Your honor. The day I go back home. Your honor I just want to say I have a family that Depends on me and motivates me to do good in life. And I accept I made a mistake in life. And I Apologize Again for my mistakes and Actions. Your honor. And Your honor It's up to Your discression on whatever you decide or sees fit to give me the day of my sentence. Thank You Your honor and God Bless You, Sincerely, Ramon Luna JR.