# EXHIBIT B



10.13.23

To whom it may concern:

This letter is to testify that Prisoner Luna Ramon Jr 20443510 has been attending weekly religious services, in the library, with the facility Chaplin, at the El Centro Detention Facility in good standing.

Prisoner Luna has shown respect as well as consistent interest and participation in the services and often comments positively on the subjects being discussed. He interacts well with other prisoners and demonstrates a sincere concern for their wellbeing.

Respectfully Submitted

*[signature]*

A. Sanchez
Chaplain, Religious Services

**El Centro Detention Facility** 1115 N. Imperial Ave. El Centro, CA 92243 Tel: 1(760)259-2500 Ext. 271036



El Centro Detention Facility
1115 N. Imperial Ave
El Centro Ca, 92243
www.geogroup.com

August 30, 2023

To Whom It May Concern,

LUNA, RAMON (USMS #20443510) was incarcerated and housed at the El Centro Detention Facility from 09/07/2022 to present date. Mr. Luna has been employed while being detained in this facility. He has worked as a Dorm Porter and is presently working in the Kitchen. Mr. Luna has shown leadership and initiative as well as doing an outstanding job. Mr. Luna has not been involved in any trouble while being detained here and has always shown respect to all staff. For further information, please feel free to contact me at the GEO facility at (760) 259-2500 ext 271059.

Sincerely,

J. Gonzalez
Case Manager