# EXHIBIT C

Hello, receive a cordial greeting,

I am Ramón Luna's mother-in-law. Ramón is very loved by our family, I have only good things to say about him, as he is very dedicated to my daughter and four grandchildren. Three of my grandchildren are not his biological children, but he has stood by them in every way and I value him even more.

I ask your Honor, to allow him his freedom so he can be back with his family, as everything has changed since he was arrested. He is greatly missed.  Seeing my daughter so sad and knowing that my children want their father home breaks my heart.  He is always in our thoughts.

Sincerely,

My name is David, I am Ramón Luna's eldest stepson. I am 18 years old and have always thought of Ramón as a biological father. He has taken care of me since I was 10 years old and he is my only father figure.

I have been feeling down since Ramón has not been with us as a family. I hope the problems he is going through can be quickly solved so that we can see him again. I wish for him to return because he helps me with many things that I still do not understand.

We miss him so much that we are unhappy without him.  In addition to being the man of the family, Ramón is a cheerful person that has brought us so much joy.  I would like to feel that joy and the happiness of being together again.

Hello, my name is J▮▮▮, I am Ramón Luna's stepson. Ramón has always been like a father to me.  I am currently 13 years old and he has raised me since I was 5.  The truth is that he has been a very good person, a very good father.

I ask you, Judge, with all my heart for mercy for my stepfather because I miss him very much.

My name is A█████ V███████, I am Ramon Luna's stepson, I would like to say that even though he is my stepfather I love him as a father, as he has raised me since I was 7 years old.

I am currently 16 and since I have known Ramón, he has always made sure that we never lack for anything.  My stepfather, Ramon, is a very good person, and his absence has affected us deeply; he has been the breadwinner of our family and cares for us not just financially but emotionally. I have missed him so much because I have not been able to see him.

My name is Cristina Zamudio, Ramon Luna's wife. Ramón and I have been together for 9 years, we have a 7-year-old girl, and I have 3 other children that are not his biological children.  However, from the moment Ramón and I decided to form a family, he has taken responsibility for all my children and cared for them as if they were his own.

What happened to Ramón has been very hard for our family, it has caused me a lot of stress, I do not sleep well at night. What is worst, I do not have a job to provide for our children.   My husband has always been our support.

Our situation is becoming very difficult.  What makes it worst is knowing that my husband is having such a hard time in jail because I am not able to see him.

Your Honor, I ask for mercy for my husband, he is a hard-working and responsible man, and I hope he may be allowed to return home soon to be with his family that misses him so very much.

Hola! Un saludo cordial!!!
Soi suegra de Ramón Luna el es muy querido por nuestra familia, tengo solo palabras de bien para el por que es moi dedicado a su familia que es mi hija y mis cuatro nietos tres de mis nietos no son hijos biológicos de el pero el a estado al pie con ellos en todos los aspectos, por eso lo valoro mas yo. quisiera Sr(a juez que el gozara de su libertad para que este con su familia ya que todo a cambiado desde que el fue detenido se extraña mucho y ami me parte el alma ver ami hija triste y mis nietos quieren que el este en casa no dejamos de mencionarlo. Me despido de Ustd. con mucho respeto

Me llamo David, Soy el hijastro mayor de Ramón Luma, Tengo 18 años de edad, pero ramon es como mi padre desangres me a criado desde los 10 años, y yo lo veo como mi figura paterna, desde el punto de vista positivo, estoy decaido desde que ramon no esta con nosotros, en familia, espero que el problema por el que esta pasado tenga pronta solución, para que lo podamos volver a ver, quiero que vuelva porque me ayuda con muchas cosas que aún no comprendo, lo extrañamos bastante como para decir que no estamos del todo felices, ya que ademas de ser el hombre de la familia, también es una persona muy alegre y pasamos momentos felices a su lado, me gustaria volver a sentir ese sentimiento, pero todos juntos de nuevo.

Hola mi nombre es J███████, soy hijastro de Ramon Luna, pero el es como un padre para mi me ha criado desde los 5 años y yo ahorita tengo 13 años. la verdad el ha sido muy buena persona, muy buen padre todo esto me tiene muy triste señor juez le pido de todo corazón misericordia para mi padrastro porque lo extraño mucho.

Me llamo A▮▮▮ Vi▮▮▮
Soy hijastro de ▮▮▮ Luna, pero que el
sea mi padrastro, no significa que no lo
quiera como un padre ya que el me
a criado desde que tengo 7 años actualmente
tengo 16 y todo este tiempo siempre se a
preocupado por nosotros que nunca nos falte
nada, mi padrastro Ramon es muy buena
persona, y nos a afectado ya que el
era el sustento de nuestra familia economicamente
y emocionalmente se le extraña ya que no
lo podemos ver

Mi nombre es Cristina Zamudio esposa de Ramon Luna vamos para 9 años juntos tenemos una niña de 7 años yo tengo 3 hijos aparte que no son de el de sangre pero como si lo fueran porque desde el momento en que formamos una familia el se a echo responsable de mis hijos como si fuera su padre todo esto que esta pasando asido muy fuerte para mi y mi familia ami me a causado mucho estres no duermo bien en las noches no cuento con un empleo mi esposo siempre asido nuestro sustento de nosotros y se me esta asiendo muy dificil todo esto y mas por no poder verlo se que al igual mi esposo tambien la esta pasando mal ai adentro.

Sr. Juez quiero pedirle misericordia asia mi esposo el es un hombre trabajador y responsable espero y lo deje regresar pronto aqui con su familia lo extrañamos muchos todos.